# Scott Lieske
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
www.chapter13Milwaukee.com

P. O. Box 510920
Milwaukee, WI 53203
info@chapter13milwaukee.com

August 09, 2017

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: SARAH L. LUESCHOW
     Case No. 14-34167-BEH

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1508224 in the amount of $1,298.23. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:    1502694

Original Payee:    Sarah L. Lueschow
                      3651 E Squire Ave
                      **********Need Address**************
                      Cudahy, WI 53110

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

*Scott Lieske*

Scott Lieske
Chapter 13 Standing Trustee

SL

cc: file

FILED 2017 AUG 11 AM 10:24 US BANKRUPTCY COURT EASTERN DISTRICT OF WI